UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NIKI DASH,

    Plaintiff,

v.

MOBILOANS, LLC, and TRANS UNION, LLC,

    Defendants.

Case No. 8:21-cv-02543-SCB-AEP

**UNOPPOSED MOTION FOR EXTENSION
OF TIME FOR TRANS UNION LLC TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Trans Union LLC ("Trans Union"), one of the Defendants herein, by and through its attorney of record, pursuant to Fed. R. Civ. P. 6(b)(1), files its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and would respectfully show the Court as follows:

1. Plaintiff filed her Complaint on October 29, 2021. Trans Union was served with Plaintiff's Complaint on November 15, 2021. Trans Union's response to the Complaint is due on December 6, 2021.

2. Trans Union's time to plead in response to the Complaint has not yet expired.

3. The allegations in Plaintiff's Complaint date back to October 2019 and relate to one account allegedly reporting in Plaintiff's credit file. Trans Union needs additional time to locate and assemble documents relating to Plaintiff's credit file, any disputes submitted by Plaintiff, and Trans Union's reinvestigation of any such

5308465.3

disputes. In addition, Trans Union's counsel will need additional time to review and analyze Trans Union's documents so that it may respond to the specific allegations contained in Plaintiff's Complaint.

4. On December 1, 2021, counsel for Trans Union conferred with Plaintiff's counsel regarding the basis for this request and its need for an extension and Plaintiff's counsel does not oppose Trans Union's request for a 30-day extension of time in which to answer or otherwise respond to the Complaint, up to and including January 5, 2022.

5. This request for an extension of time is not made for any improper purpose and will not prejudice the orderly administration of this matter.

6. No party would be prejudiced by the extension. The case was recently filed and no substantive activities have taken place.

7. Trans Union does not request oral argument on the Motion.

WHEREFORE, Defendant Trans Union, by counsel, hereby requests that the Court enter an Order (1) granting its Unopposed Motion for an Extension of Time; (2) providing Trans Union with an extension of time to file its responsive pleadings to the Complaint until on or before January 5, 2022; and (3) awarding Trans Union such further relief as the Court deems appropriate.

        Respectfully submitted,

        */s/ Alexandria Epps*
        Alexandria Epps
        aepps@qslwm.com
        Florida Bar No. 1002739
        Quilling, Selander, Lownds, Winslett & Moser, P.C.
        6900 N. Dallas Parkway, Suite 800
        Plano, TX 75024
        (214) 560-5463
        (214) 871-2111 Fax
        **Counsel for Trans Union LLC**

5308465.3

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that, on December 1, 2021, Counsel for Trans Union conferred with Bryan Geiger, counsel for Plaintiff, regarding the merits of this Motion. Plaintiff's counsel agrees to the relief sought by this Motion.

*/s/ Alexandria Epps*
**ALEXANDRIA EPPS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December 2021, the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Bryan J. Geiger
bgeiger@seraphlegal.com
Seraph Legal, P.A.
1614 N. 19th Street
Tampa, FL 33605-5236
(813) 321-3248
(855) 500-0705 Fax
***Counsel for Plaintiff***

                                                  */s/ Alexandria Epps*
                                                **ALEXANDRIA EPPS**

5308465.3