UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NIKI DASH,

    Plaintiff,

v.                                          Case No. 8:21-cv-2543

MOBILOANS, LLC and
TRANS UNION LLC,

    Defendants.
_____/

## UNOPPOSED AMENDED MOTION FOR ADMISSION OF LEONARD R. POWELL TO APPEAR PRO HAC VICE

Defendant, MobiLoans, LLC, requests an admission *pro hac vice* of Leonard R. Powell, Esq., to appear specially in this Court in the above-referenced cause. This motion is brought pursuant to Local Rule 2.01(c) of the Local Rules of the United States District Court for the Middle District of Florida. Grounds for this motion are as follows:

1.    Leonard R. Powell ("Mr. Powell") is an attorney associated with the law firm Jenner & Block LLP, with offices at 1099 New York Avenue NW, Suite 900, Washington, DC 20001-4412, telephone number (202) 639-6074.

2.    Mr. Powell is not a resident of Florida; he resides in Washington, DC. He is not a member in good standing of The Florida Bar.

O3546449.v1

3. Mr. Powell is an active member in good standing and currently eligible to practice law in the following jurisdictions:

    a. District of Columbia – Attorney/Bar # 1048832

    b. The State Bar of California – Attorney/Bar # 313387

    c. U.S. District Court for the District of Columbia

    d. U.S. Court of Appeals for the District of Columbia Circuit

    e. U.S. Court of Appeals for the Tenth Circuit

4. Mr. Powell is devoting a significant amount of time to this action and it is expected that he will be needed to participate in all aspects of the case.

5. Mr. Powell certifies that he is familiar with, and shall be governed in this action by: a) 28 U.S.C. § 1927; b) the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida; and c) the rules governing the professional conduct of a member of The Florida Bar.

6. Mr. Powell has not abused the privilege of special appearance by frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the state of Florida.

7. In the last thirty-six months, Mr. Powell has not appeared in any cases in state or federal court(s) in Florida.

8. Pursuant to Local Rule 2.01, Mr. Powell will comply with the fee and email registration requirements for obtaining and maintaining general admission and

has submitted the Special Admission Attorney Certification form to the Clerk of Court, a copy of which is attached hereto as Exhibit "A."

9. The undersigned, a member of the bar of the United States District Court for the Middle District of Florida and a resident of Florida, is hereby designated and consents to act as local counsel and the individual to whom all notices and papers may be served in the above-styled cause and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney appearing on behalf of the Defendant.

WHEREFORE, the undersigned requests an order of this Court allowing Leonard R. Powell, Esq. to be specially admitted in the above-referenced action as counsel for Defendant MobiLoans, LLC.

## MEMORANDUM OF LAW

This motion is made pursuant to Rule 2.01(c) of the Local Rules of the United States District Court for the Middle District of Florida.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), the undersigned attorney certifies that on December 3, 2021, counsel for MobiLoans conferred with counsel for Plaintiff and he has been authorized to state that Plaintiff has no objection to the relief sought in this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all CM/ECF participants.

/s/ Michael J. Furbush
MICHAEL J. FURBUSH
Florida Bar No. 070009
Dean, Mead, Egerton, Bloodworth,
  Capouano & Bozarth, P.A.
Post Office Box 2346
Orlando, Florida 32802-2346
Telephone: (407) 841-1200
Fax: (407) 423-1831
Primary E-mail: mfurbush@deanmead.com
Secondary E-mail: mgodek@deanmead.com
*Co-Counsel for Defendant MobiLoans*

and

Leonard R. Powell, Esq. (Pro Hac Vice Pending)
Jenner & Block LLP
1099 New York Avenue, NW, Ste. 900
Washington, DC  20001-4412
Telephone No. (202) 639-6074
Primary E-mail: leonardpowell@jenner.com
*Co-Counsel for Defendant*

Charles W. Galbraith, Esq. (Pro Hac Vice Pending)
Jenner & Block LLP
1099 New York Avenue, NW, Ste. 900
Washington, DC  20001-4412
Telephone No. (202) 639-6089
Primary E-mail: cgalbraith@jenner.com
*Co-Counsel for Defendant MobiLoans*

4

O3546449.v1

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SPECIAL ADMISSION
ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

NIKI DASH

Plaintiff(s)/Petitioner(s),

v.

MOBILOANS, LLC AND

TRANS UNION LLC

Defendant(s)/Respondent(s)

CASE NO. 8:21-cv-2543

I, Leonard R. Powell _____ (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of Defendant, MobiLoans, LLC _____ (party represented).

## ATTORNEY INFORMATION

Firm Name: Jenner & Block LLP

Address: 1099 New York Avenue NW, Suite 900

City: Washington    State: DC    Zip: 20001 - 4412

Firm/Business Phone: 202-639-6074    Alternate Phone: ___-___

Firm/Business Fax: ___-___

E-mail Address: leonardpowell@jenner.com

## ATTORNEY CERTIFICATION

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. NOTE: If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: [signature]    Date: 1/6/22

## CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

## ATTORNEY SPECIAL ADMISSION FEE

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $150.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $150.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.